UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

WILLIAM N. CLINTON
                                              : Bankruptcy No. 17-14021REF
       Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 9, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD F WEINSTEIN ESQ
705 W HAVERFORD RD
SUITE 1
BRYN MAWR PA 19010-3128

WILLIAM N. CLINTON
6 LINDY DRIVE
BARTO,PA.19504