United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14021-ref
William N. Clinton                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2           Date Rcvd: Nov 09, 2017
                            Form ID: pdf900        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db            +William N. Clinton,   6 Lindy Drive,   Barto, PA 19504-8892
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13931954      +Comenitycapital/boscov,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
13941056      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
13931956      +KML Law Group, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13931960      +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
               Minneapolis, MN 55440-9475
13931961      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV   PO Box 9475,
               Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Nov 10 2017 01:53:07     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2017 01:53:12     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2017 01:54:37     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13931953      +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 10 2017 01:53:26
               Citadel Federal Cred U,   Attn: Collections/Bankruptcy,   520 Eagleview Blvd,
               Exton, PA 19341-1119
13931955      +E-mail/Text: mrdiscen@discover.com Nov 10 2017 01:52:37     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
13931957      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2017 01:52:39     Kohls/Capital One,
               Po Box 3120,   Milwaukee, WI 53201-3120
13991496       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2017 01:54:59
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13932774      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2017 01:54:44
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13931958      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 10 2017 01:53:11     Quicken Loans,
               635 Woodward Avenue,   Detroit, MI 48226-3408
13931959      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2017 01:54:51     Syncb/care Credit,
               Synchrony Bank,   Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          RICHARD F. WEINSTEIN    on behalf of Debtor William N. Clinton rfwlaw1@comcast.net

```
District/off: 0313-4          User: dlv                  Page 2 of 2                  Date Rcvd: Nov 09, 2017
                              Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 6

Case 17-14021-ref    Doc 29    Filed 11/11/17    Entered 11/12/17 01:01:28    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

WILLIAM N. CLINTON
                                                    : Bankruptcy No. 17-14021REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                          BY THE COURT

**Date: November 9, 2017**

                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD F WEINSTEIN ESQ
705 W HAVERFORD RD
SUITE 1
BRYN MAWR PA 19010-3128

WILLIAM N. CLINTON
6 LINDY DRIVE
BARTO,PA.19504